PEOPLE v PARISH. Appeal from Genesee, John W. Baker, J. Submitted Division 2 March 1, 1972, at Lansing. (Docket No. 11345.) Decided May 3, 1972.

*Frank J. Kelley,* Attorney General, and *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, *Donald A. Kuebler,* Chief Assistant Prosecuting Attorney, and *Joel B. Saxe,* Assistant Prosecuting Attorney, for the people.

*Thomas R. McCombs,* for defendant on appeal.

Before: MCGREGOR, P. J., and J. H. GILLIS and O'HARA, JJ.

MEMORANDUM OPINION. Defendant was convicted by a jury of carrying a concealed weapon without a license.[1] He was sentenced to 1-1/2 to 5 years in prison. He appeals of right.

We find no assignment of error requiring discussion.

Affirmed.